**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| THEODOROS GEORGE DIMOPOULOS, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action |
| § | No. C-07-127 |
| ALBERT WILEY BLAKEWAY, ACTING § | |
| DISTRICT DIRECTOR FOR THE § | |
| CITIZENSHIP AND IMMIGRATION § | |
| SERVICES, et al., § | |
| § | |
| Defendants. § | |

**ORDER**

On this day came on to be considered the motion of Plaintiff Theodoros George Dimopoulos for an extension of time to file a motion asking the Court to reconsider its Order No. 25, entered on March 23, 2007.  (D.E. 26).

Plaintiff's motion for an extension of time is hereby DENIED. Pursuant to Federal Rule of Civil Procedure 6(b), this Court may not extend the deadline for Plaintiff to file a motion pursuant to Federal Rule of Civil Procedure 59(e) or Federal Rule of Civil Procedure 60(b).  See Fed. R. Civ. P. 6(b) (the district court "may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b)".

SIGNED and ENTERED on this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge